UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Ex Parte Petition of<br>HAMAD ABDEL AZIZ AL SHAYA and<br>HAITHAM HAMAD ABDULAZIZ AL<br>SHAYA, for an Order Pursuant to 28 U.S.C. §<br>1782 to Conduct Discovery for Use in Foreign<br>Proceedings | 19-mc-00053-DLC |

**SUPPLEMENTAL DECLARATION OF MR. NAGI KHALID IDRIS IN SUPPORT OF**
**EX PARTE PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**
**TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

I, Mr. Nagi K. Idris, declare as follows:

1. Upon further review of the Declaration of Mr. Nagi Khalid Idris in Support of Ex Parte Petition for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (the "Declaration"), I noticed an error I wish to clarify. The Declaration stated one of my qualifications is "barrister at law in the United Kingdom," however my registration as a barrister is still pending.

2. Where the Declaration stated "I am a barrister at law in the United Kingdom currently in the employ of Peter Dovey and Co. Solicitors, located at 8 Lincoln's Inn Fields, London WC2A 3BP, who are retained as global coordinating counsel on behalf of Hamad Abdel Aziz Al Shaya and Haitham Hamad Abdulaziz Al Shaya ("Petitioners")," it should properly have read "I am an international lawyer in the United Kingdom currently in the employ of Peter Dovey and Co. Solicitors, located at 8 Lincoln's Inn Fields, London WC2A 3BP, who are retained as global coordinating counsel on behalf of Hamad Abdel Aziz Al Shaya and Haitham Hamad Abdulaziz Al Shaya ("Petitioners")."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2019 at London, England.

_____
Mr. Nagi Khalid Idris